B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>___Northern___ District of ___Illinois___ | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Great Lakes Tubular Products, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):　　36-4288491 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>500 N. Broadway<br>Aurora, IL 60505<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Kane<br>　　　　　　　　　　　　　　　　ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7　　☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>　　　　　　　　　　　　or<br>　b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_ Chief Credit Officer
Signature of Petitioner or Representative (State title)
Macsteel Service Centers USA, Inc.    February 12, 2009
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Joseph M. Jackson
Chief Credit Officer
888 San Clemente Drive, Suite 250
Newport Beach, CA 92660

x _[signature]_    February 15, 2009
Signature of Attorney    Date
Thompson Coburn LLP
Name of Attorney Firm (If any)

Address
55 E. Monroe Street, 37th Floor
Chicago, IL 60603

Telephone No. (312) 346-7500

---

x _____ CFO
Signature of Petitioner or Representative (State title)
Heidtman Steel Products, Inc.    February __, 2009
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Mark Ridenour
Chief Financial Officer
2401 Front Street
Toledo, OH 43605

x _____    February __, 2009
Signature of Attorney    Date
Stein & Rotman
Name of Attorney Firm (If any)

Address
105 W. Madison, Suite 600
Chicago, IL 60602

Telephone No.

---

x _____ CFO
Signature of Petitioner or Representative (State title)
Kerry Steel, Inc.    February __, 2009
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Thomas J. Bonk, Chief Financial Officer
31731 Northwestern Hwy., Suite 157W
Farmington Hills, MI 48334

x _____    February __, 2009
Signature of Attorney    Date
Stein & Rotman
Name of Attorney Firm (If any)

Address
105 W. Madison, Suite 600
Chicago, IL 60602

Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| 888 San Clemente Drive, Suite 250, Newport Beach, CA 92660 | sale of goods | $73,895.75 |
| 31731 Northwestern Hwy., Suite 157W, Farmington Hills, MI 48334 | sale of goods | $140,231.82 |
| 2401 Front Street, Toledo, OH 43605 | sale of goods | $187,342.63 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims $401,470.20

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2                                                      Name of Debtor_____

                                                                                            Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ Chief Credit Officer | x_____ February , 2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                   Date |
| Macsteel Service Centers USA, Inc.      February , 2009 | Thompson Coburn LLP |
| Name of Petitioner                       Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Joseph M. Jackson, Chief Credit Officer, 888 San Clemente Drive, Suite 250, Newport Beach, CA 92660 | Address: 55 E. Monroe Street, 37th Floor, Chicago, IL 60603<br><br>Telephone No. (312) 346-7500 |
| x_____ CFO | x_____ February , 2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                   Date |
| Heidtman Steel Products, Inc.        February , 2009 | Stein & Rotman |
| Name of Petitioner                     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Mark Ridenour, Chief Financial Officer, 2401 Front Street, Toledo, OH 43605 | Address: 105 W. Madison, Suite 600, Chicago, IL 60602<br><br>Telephone No. |
| x_/s/ Thomas J. Bonk_ CFO | x_____ February , 2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                   Date |
| Kerry Steel, Inc.                     February 12, 2009 | Stein & Rotman |
| Name of Petitioner                     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Thomas J. Bonk, Chief Financial Officer, 31731 Northwestern Hwy., Suite 157W, Farmington Hills, MI 48334 | Address: 105 W. Madison, Suite 600, Chicago, IL 60602<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| 888 San Clemente Drive, Suite 250, Newport Beach, CA 92660 | sale of goods | $73,895.75 |
| 31731 Northwestern Hwy., Suite 157W, Farmington Hills, MI 48334 | sale of goods | $140,231.82 |
| 2401 Front Street, Toledo, OH 43605 | sale of goods | $187,342.63 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $401,470.20 |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2                                    Name of Debtor _____

                                                                          Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ Chief Credit Officer<br>Signature of Petitioner or Representative (State title)<br>Macsteel Service Centers USA, Inc.        February , 2009<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Joseph M. Jackson<br>Chief Credit Officer<br>888 San Clemente Drive, Suite 250<br>Newport Beach, CA 92660 | x_____      February , 2009<br>Signature of Attorney                 Date<br>Thompson Coburn LLP<br>Name of Attorney Firm (If any)<br><br>Address<br>55 E. Monroe Street, 37th Floor<br>Chicago, IL 60603<br><br>Telephone No. (312) 346-7500 |
| x_____[signature]_____ CFO<br>Signature of Petitioner or Representative (State title)<br>Heidtman Steel Products, Inc.      February 12, 2009<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Mark Ridenour<br>Chief Financial Officer<br>2401 Front Street<br>Toledo, OH 43605 | x_____      February , 2009<br>Signature of Attorney                 Date<br>Stein & Rotman<br>Name of Attorney Firm (If any)<br><br>Address<br>105 W. Madison, Suite 600<br>Chicago, IL 60602<br><br>Telephone No. |
| x_____ CFO<br>Signature of Petitioner or Representative (State title)<br>Kerry Steel, Inc.            February , 2009<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Thomas J. Bonk, Chief Financial Officer<br>31731 Northwestern Hwy., Suite 157W<br>Farmington Hills, MI 48334 | x_____      February , 2009<br>Signature of Attorney                 Date<br>Stein & Rotman<br>Name of Attorney Firm (If any)<br><br>Address<br>105 W. Madison, Suite 600<br>Chicago, IL 60602<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| 888 San Clemente Drive, Suite 250, Newport Beach, CA 92660 | sale of goods | $73,895.75 |
| 31731 Northwestern Hwy., Suite 157W, Farmington Hills, MI 48334 | sale of goods | $140,231.82 |
| 2401 Front Street, Toledo, OH 43605 | sale of goods | $187,342.63 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $401,470.20 |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ Chief Credit Officer | x _____ February , 2009 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Macsteel Service Centers USA, Inc.     February , 2009 | Thompson Coburn LLP |
| Name of Petitioner                     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Joseph M. Jackson, Chief Credit Officer, 888 San Clemente Drive, Suite 250, Newport Beach, CA 92660 | Address 55 E. Monroe Street, 37th Floor Chicago, IL 60603  Telephone No. (312) 346-7500 |
| x _____ CFO | x _____ February 12, 2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Heidtman Steel Products, Inc.     February , 2009 | Stein & Rotman |
| Name of Petitioner                 Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Mark Ridenour, Chief Financial Officer, 2401 Front Street, Toledo, OH 43605 | Address 105 W. Madison, Suite 600 Chicago, IL 60602  Telephone No. |
| x _____ CFO | x _____ February 12, 2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Kerry Steel, Inc.     February , 2009 | Stein & Rotman |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Thomas J. Bonk, Chief Financial Officer, 31731 Northwestern Hwy., Suite 157W, Farmington Hills, MI 48334 | Address 105 W. Madison, Suite 600 Chicago, IL 60602  Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| 888 San Clemente Drive, Suite 250, Newport Beach, CA 92660 | sale of goods | $73,895.75 |
| 31731 Northwestern Hwy., Suite 157W, Farmington Hills, MI 48334 | sale of goods | $140,231.82 |
| 2401 Front Street, Toledo, OH 43605 | sale of goods | $187,342.63 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $401,470.20 |

____ continuation sheets attached