UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )   BK No.: 09-04704
GREAT LAKES TUBULAR PRODUCTS, )
INC., )
) Chapter: 7
) Honorable Donald R. Cassling
)
Debtor(s) )

## ORDER GRANTING FIRST AND FINAL APPLICATION OF HOWARD & HOWARD ATTORNEYS, PLLC, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FIRST AND FINAL COUNSEL TO THE TRUSTEE

This matter coming before the Court on the First and Final Application of Howard & Howard Attorneys, PLLC for compensation and Reimbursement of Expenses (the "Application"), for entry of an order pursuant to sections 328, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), granting the first and final interim fee application of Howard & Howard Attorneys, PLLC for payment of compensation for services rendered and for reimbursement of expenses incurred on behalf of the Trustee from November 2, 2009 through October 30, 2014, the court finds that (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the relief requested in the Application is in the best interests of the Debtor's estate, its creditors and other parties-in-interest; (d) due and sufficient notice of the Application was given; and (e) upon the record herein and after due deliberation and cause appearing therefore;

IT IS HEREBY ORDERED:

1. The Application is granted.

2. Howard is hereby allowed fees in the amount of $ 19,500.00 for services rendered, and reimbursement of $ 273.20 in expenses incurred, for the period from November 2, 2009 through October 30, 2014.

3. All objections to the Application or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling

Dated: November 14, 2014       United States Bankruptcy Judge

**Prepared by:**

L. Judson Todhunter (2840510)
Howard & Howard Attorneys, PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Tel: (312) 372-4000
Fax: (312) 939-5617