**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GREAT LAKES TUBULAR PRODUCTS, INC.    § Case No. 09-04704
                                              §
                                              §
Debtor(s)                                     §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 13, 2009. The undersigned trustee was appointed on April 06, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $       22,100.64

   Funds were disbursed in the following amounts:
   Payments made under an
      interim distribution                                      0.00
   Administrative expenses                                 10,157.42
   Bank service fees                                          986.28
   Other payments to creditors                                  0.00
   Non-estate funds paid to 3rd Parties                         0.00
   Exemptions paid to the debtor                                0.00
   Other payments to the debtor                                 0.00

   Leaving a balance on hand of [1]      $       10,956.94

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/24/2010 and the deadline for filing governmental claims was 02/24/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,960.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $227.94, for a total compensation of $227.94.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/02/2016         By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-04704  
**Case Name:** GREAT LAKES TUBULAR PRODUCTS, INC.

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 02/13/09 (f)  
**§341(a) Meeting Date:** 08/03/09

**Period Ending:** 12/02/16

**Claims Bar Date:** 02/24/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Preference Adversary--Allstate Saws & Machining  (u)  Order approving compromise entered 10/27/11 for $1,000.00 | 7,616.80 | 7,616.80 | | 1,000.00 | FA |
| 2  Preference Adversary--Blue Cross Blue Shield  (u)  Adversary dismissed 3/22/12 | 16,600.00 | 16,600.00 | | 0.00 | FA |
| 3  Preference Adversary--CH Robinson  (u)  Order approving compromise entered 10/27/11 for $2,000.00 | 8,840.00 | 8,840.00 | | 2,000.00 | FA |
| 4  Preference Adversary--Constellation New Energy  (u) | 13,515.56 | 2,900.00 | | 2,900.00 | FA |
| 5  Preference Adversary--Doral Steel, Inc.  (u)  Order approving compromise entered 5/31/12 for $4,000.00 | 167,000.00 | 167,000.00 | | 4,000.00 | FA |
| 6  Preference Adversary--Federated Insurance  (u)  Adversary dismissed 3/7/12 | 11,396.62 | 11,396.62 | | 0.00 | FA |
| 7  Preference Adversary--Great Western Steel  (u)  Adversary dismissed 5/29/12 | 11,952.56 | 11,952.56 | | 0.00 | FA |
| 8  Preference Adversary--Nicor Gas  (u)  Order approving compromise entered 5/31/12 for $600.00. | 5,789.92 | 5,789.92 | | 600.00 | FA |
| 9  Preference Adversary--Rolewick & Gutzke, PC  (u)  Order approving compromise entered 10/27/11 for $1,500.00 | 11,389.00 | 1,500.00 | | 1,500.00 | FA |
| 10  Preference Adversary--Steel Technologies  (u)  Order approving compromise entered 10/27/11 for $3,000.00 | 17,052.20 | 3,000.00 | | 3,000.00 | FA |
| 11  Preference Adversary--Sulzer Metco, Inc.  (u)  Adversary dismissed 5/29/12 | 14,675.90 | 14,675.90 | | 0.00 | FA |
| 12  Preference Adversary--Sun Steel  (u)  Adversary dismissed 10/11/12 | 24,440.00 | 24,440.00 | | 2,000.00 | FA |
| 13  Preference Adversary--Wyoming Steel  (u)  Adversary dismissed 5/29/12 | 232,255.52 | 232,255.52 | | 0.00 | FA |
| 14  Preference Adversary--Old Second National Bank  (u)  Adversary dismissed 3/27/12 | 27,465.98 | 27,465.98 | | 0.00 | FA |

Printed: 12/02/2016 11:35 AM    V.13.28

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-04704
**Case Name:** GREAT LAKES TUBULAR PRODUCTS, INC.

**Period Ending:** 12/02/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 02/13/09 (f)
**§341(a) Meeting Date:** 08/03/09
**Claims Bar Date:** 02/24/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Preference Adversary--Cleary Machine Company (u) | 31,014.00 | 2,000.00 | | 2,000.00 | FA |
| 16 | Preference Adversary--PCC, LLC (u) | 249,586.03 | 3,000.00 | | 3,000.00 | FA |
| 17 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | FA |
| 18 | IRS refund from request (u) for old debtor's tax returns. Expense acxtually sent in by Trustee's accountant but IRS refunded to Trustee | 100.00 | 100.00 | | 100.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.64 | Unknown |
| 19 | Assets   Totals (Excluding unknown values) | **$850,690.09** | **$540,533.30** | | **$22,100.64** | **$0.00** |

**Major Activities Affecting Case Closing:**

Involuntary Chapter 7. Estate tax returns were filed November 10, 2016 prompt determination letter sent. After 60 days, or upon receipt of the prompt determination letter, Trustee will file Final Report.

**Initial Projected Date Of Final Report (TFR):**   May 15, 2012   **Current Projected Date Of Final Report (TFR):**   February 15, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-04704  
**Case Name:** GREAT LAKES TUBULAR PRODUCTS, INC.

**Taxpayer ID #:** **-***8491  
**Period Ending:** 12/02/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** BANK OF AMERICA  
**Account:** ********24 - MONEY MARKET  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/11 | {4} | CONSTELLATION ENERGY GROUP, INC. | Settlement of preference adversary via Order approving compromise entered 8/29/11 | 1241-000 | 2,900.00 | | 2,900.00 |
| 10/31/11 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,900.02 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.22 | 2,896.80 |
| 11/15/11 | {15} | CLEARY MACHINE COMPANY, INC. | Settlement of adversary pursuant to Order approving entered 8/19/09 | 1241-000 | 2,000.00 | | 4,896.80 |
| 11/15/11 | {16} | PCC, LLC | Settlement of adversary | 1241-000 | 3,000.00 | | 7,896.80 |
| 11/30/11 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 7,896.84 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.24 | 7,890.60 |
| 12/30/11 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,890.66 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.73 | 7,880.93 |
| 01/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,881.00 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.34 | 7,870.66 |
| 02/15/12 | 100 | INTERNATIONAL SURETIES, LTD. | Blanket Bond ; Bond #016026455 | 2300-000 | | 7.83 | 7,862.83 |
| 02/29/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,862.89 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.35 | 7,853.54 |
| 03/30/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,853.60 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.66 | 7,843.94 |
| 04/30/12 | Int | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 7,844.01 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.97 | 7,834.04 |
| 05/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,834.11 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.95 | 7,824.16 |
| 06/29/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,824.22 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.30 | 7,814.92 |
| 07/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,814.99 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.25 | 7,804.74 |
| 08/31/12 | Int | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,804.80 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,795.20 | 9.60 |
| 08/31/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 9.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,900.64 | 7,900.64 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,795.20 | |
| | | | **Subtotal** | | 7,900.64 | 105.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,900.64** | **$105.44** | |

{} Asset reference(s)

Printed: 12/02/2016 11:35 AM    V.13.28

Exhibit B

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 09-04704  
**Case Name:** GREAT LAKES TUBULAR PRODUCTS, INC.  
**Taxpayer ID #:** **-***8491  
**Period Ending:** 12/02/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********96 - CHECKING ACCOUNT  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 7,795.20 | | 7,795.20 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.32 | 7,790.88 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.96 | 7,785.92 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.80 | 7,781.12 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.96 | 7,776.16 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.56 | 7,764.60 |
| 02/26/13 | 100000 | INTERNATIONAL SURITIES, LTD. | | 2300-000 | | 8.29 | 7,756.31 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.43 | 7,745.88 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.52 | 7,734.36 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.13 | 7,723.23 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.48 | 7,711.75 |
| 07/01/13 | {9} | ROLEWICK & GUTZKE, P.C. | Settlement of adversary via Order approving compromise entered 8/29/11 | 1241-000 | 1,500.00 | | 9,211.75 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.10 | 9,200.65 |
| 07/16/13 | {3} | C.H. ROBINSON INTERNATIONAL INC. | Settlement of Adversary | 1241-000 | 2,000.00 | | 11,200.65 |
| 07/16/13 | {5} | CAM SMITH | Settlement of Adversary | 1241-000 | 4,000.00 | | 15,200.65 |
| 07/19/13 | {10} | STEEL TECHNOLOGIES LLC | Settlement of Adversary | 1241-000 | 3,000.00 | | 18,200.65 |
| 07/24/13 | {8} | NICOR GAS | Settlement of Adversary | 1241-000 | 600.00 | | 18,800.65 |
| 08/05/13 | {1} | ALLSTATE SAWS & MACHINING LLC | Settlement of adversary via Order approving compromise entered 8/29/11 | 1241-000 | 1,000.00 | | 19,800.65 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.38 | 19,780.27 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.21 | 19,751.06 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.42 | 19,722.64 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.32 | 19,693.32 |
| 11/22/13 | {12} | ESMARK STEEL GROUP-MIDWEST | Settlement Payment | 1249-000 | 2,000.00 | | 21,693.32 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.20 | 21,664.12 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.21 | 21,631.91 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.16 | 21,599.75 |
| 02/11/14 | 100001 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 | | 28.87 | 21,570.88 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.99 | 21,541.89 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.03 | 21,509.86 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.95 | 21,478.91 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.93 | 21,446.98 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.86 | 21,416.12 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.84 | 21,384.28 |

Subtotals :   $21,895.20   $510.92

{} Asset reference(s)

Printed: 12/02/2016 11:35 AM    V.13.28

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-04704  
**Case Name:** GREAT LAKES TUBULAR PRODUCTS, INC.

**Taxpayer ID #:** **-***8491  
**Period Ending:** 12/02/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********96 - CHECKING ACCOUNT  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.79 | 21,352.49 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.72 | 21,321.77 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.70 | 21,290.07 |
| 11/25/14 | 100002 | L JUDSON TODHUNTER | Partial payment for attorneys fees Order aproving attorneys'fees in total amount $19,500 (fees) and $273.20 (expense | 3210-600 | | 10,000.00 | 11,290.07 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.19 | 11,260.88 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.74 | 11,244.14 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.72 | 11,227.42 |
| 02/27/15 | 100003 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 6.72 | 11,220.70 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.08 | 11,205.62 |
| 04/06/15 | {18} | UNITED STATES TREASURY | Refund | 1224-000 | 100.00 | | 11,305.62 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 16.66 | 11,288.96 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 11,288.96 | 0.00 |
| | | | ACCOUNT TOTALS | | 21,995.20 | 21,995.20 | $0.00 |
| | | | Less: Bank Transfers | | 7,795.20 | 11,288.96 | |
| | | | **Subtotal** | | 14,200.00 | 10,706.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,200.00** | **$10,706.24** | |

{} Asset reference(s)

Printed: 12/02/2016 11:35 AM V.13.28

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-04704  
**Case Name:** GREAT LAKES TUBULAR PRODUCTS, INC.  
**Taxpayer ID #:** **-***8491  
**Period Ending:** 12/02/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****901666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 11,288.96 | | 11,288.96 |
| 04/14/15 | 10101 | United States Treasury | fee for copies of old tax returns | 2990-000 | | 100.00 | 11,188.96 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.16 | 11,171.80 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.06 | 11,155.74 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.50 | 11,140.24 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.62 | 11,122.62 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.42 | 11,107.20 |
| 02/26/16 | 10102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #09-04704, Bond Premium | 2300-000 | | 5.71 | 11,101.49 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.39 | 11,086.10 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.49 | 11,068.61 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.34 | 11,053.27 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 11,037.95 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.41 | 11,020.54 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.28 | 11,005.26 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.36 | 10,987.90 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.75 | 10,972.15 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.21 | 10,956.94 |
| | | | ACCOUNT TOTALS | | 11,288.96 | 332.02 | $10,956.94 |
| | | | Less: Bank Transfers | | 11,288.96 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 332.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $332.02 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ********24 | 7,900.64 | 105.44 | 0.00 |
| Checking # ********96 | 14,200.00 | 10,706.24 | 0.00 |
| Checking # ****901666 | 0.00 | 332.02 | 10,956.94 |
| | $22,100.64 | $11,143.70 | $10,956.94 |

{} Asset reference(s)

Printed: 12/02/2016 11:35 AM    V.13.28

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 24, 2010

**Case Number:** 09-04704  
**Debtor Name:** GREAT LAKES TUBULAR PRODUCTS, INC.

Page: 1

**Date:** December 2, 2016  
**Time:** 11:35:32 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Clerk of the US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | | $3,750.00 | $0.00 | 3,750.00 |
| 200 | RSM US LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674 | Admin Ch. 7 | | $6,979.00 | $0.00 | 6,979.00 |
| BOND 200 | INTERNATIONAL SURITIES, LTD.<br>Suite 420<br>701 Poydra Street<br>New Orleans, LA 70139 | Admin Ch. 7 | | $43.88 | $43.88 | 0.00 |
| 210 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $2,960.06 | $0.00 | 2,960.06 |
| 300 | L JUDSON TODHUNTER<br>200 S. MICHIGAN AVENUE<br>SUITE 1100<br>Chicago, IL 60604-2401 | Admin Ch. 7 | | $19,500.00 | $10,000.00 | 9,500.00 |
| 300 | L JUDSON TODHUNTER<br>200 S. MICHIGAN AVENUE<br>SUITE 1100<br>Chicago, IL 60604-2401 | Admin Ch. 7 | | $273.20 | $0.00 | 273.20 |
| 1 610 | Doral Steel<br>Euler Hermes ACI<br>800 Red Brook Blvd<br>Owings Mills, MD 21117 | Unsecured | | $41,252.73 | $0.00 | 41,252.73 |
| 2 610 | Impact Steel<br>Euler Hermes ACI<br>800 Red Brook Blvd<br>Owings Mills, MD 21117 | Unsecured | | $213,012.49 | $0.00 | 213,012.49 |
| 3 610 | MACSTEEL SERVICE CENTERS USA, INC.<br>888 SAN CLEMENTE DRIVE, SUITE 250<br>NEWPORT BEACH, CA 92660 | Unsecured | | $93,142.71 | $0.00 | 93,142.71 |
| 4 610 | Ervin Leasing Co<br>P O Box 1689<br>Ann Arbor, MI 48106 | Unsecured | | $6,647.43 | $0.00 | 6,647.43 |
| 5 610 | KERRY STEEL, INC.<br>31731 NORTHWEST HIGHWAY 157W<br>FARMINGTON HILLS, MI 48334 | Unsecured | | $145,188.00 | $0.00 | 145,188.00 |
| 6 610 | HEIDTMAN STEEL PRODUCTS, INC.<br>c/o SHARON ZERMAN<br>2401 FRONT STREET<br>TOLEDO, OH 43605 | Unsecured | | $193,347.07 | $0.00 | 193,347.07 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 24, 2010

**Case Number:** 09-04704  
**Debtor Name:** GREAT LAKES TUBULAR PRODUCTS, INC.

Page: 2

**Date:** December 2, 2016  
**Time:** 11:35:32 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 610 | Wyoming Steel Supply Inc<br>Euler Hermes ACI<br>800 Red Brook Blvd<br>Owings Mills, MD 21117 | Unsecured | | $333,777.28 | $0.00 | 333,777.28 |
| 8 610 | PCC, LLC<br>Paul Kasperski<br>4858 US Route 35 East<br>West Alexandria, OH 45381 | Unsecured | | $433,349.81 | $0.00 | 433,349.81 |
| 9 610 | C H Robinson Worldwide Inc<br>14701 Charlson Rd<br>Eden Prairie, MN 55347 | Unsecured | | $6,350.00 | $0.00 | 6,350.00 |
| 10 610 | Harris Steel Company<br>1223 55th Court<br>Cicero, IL 60804-1297 | Unsecured | | $6,913.84 | $0.00 | 6,913.84 |
| 11 610 | Buckeye Metals<br>c/o Egon Singerman<br>3681 Green Road #410<br>Cleveland, OH 44122-5726 | Unsecured | | $11,110.40 | $0.00 | 11,110.40 |
| 12 610 | United Propane & Energy<br>3805 Clearview Court<br>Gurnee, IL 60031 | Unsecured | | $714.94 | $0.00 | 714.94 |
| 13 610 | Steel Warehouse Co., Inc.<br>2722 West Tucker Drive<br>South Bend, IN 46624 | Unsecured | | $21,603.87 | $0.00 | 21,603.87 |
| 14 610 | Old Dominion Freight Line, Inc.<br>500 OLD DOMINION WAY<br>THOMASVILLE, NC 27360 | Unsecured | | $800.00 | $0.00 | 800.00 |
| 15 610 | Allstate Saws & Machining<br>1137 Mitchell Road<br>Aurora, IL 60504 | Unsecured | | $1,275.00 | $0.00 | 1,275.00 |
| 16 610 | Pat Mooney Inc.<br>502 S. Westgate Street<br>Addison, IL 60101-4525 | Unsecured | | $2,142.50 | $0.00 | 2,142.50 |
| 17 610 | American Transport, Inc.<br>P.O. Box 640469<br>Pittsburgh, PA 15264-0469 | Unsecured | | $3,051.94 | $0.00 | 3,051.94 |
| 18 610 | MacSteel Serv. Center USA<br>7400 N Shadeland Avenue<br>Indianapolis, IN 46250 | Unsecured | | $93,142.71 | $0.00 | 93,142.71 |
| 19 610 | Centennial Steel<br>14620 Arminta Street<br>Van Nuys, CA 91402 | Unsecured | | $12,432.35 | $0.00 | 12,432.35 |
| 20 610 | Advance Steel<br>16250 Northland Drive<br>Suite 325<br>Southfield, MI 48075 | Unsecured | | $32,162.87 | $0.00 | 32,162.87 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 24, 2010

**Case Number:** 09-04704  
**Debtor Name:** GREAT LAKES TUBULAR PRODUCTS, INC.

Page: 3

**Date:** December 2, 2016  
**Time:** 11:35:32 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21 610 | Kilpatrick & Associates PC<br>903 N Opdyke Rd Ste C<br>Auburn Hills, MI 48326 | Unsecured | | $18,871.19 | $0.00 | 18,871.19 |
| 22 610 | Chicago Roll Company<br>P.O. Box 95259<br>Palatine, IL 60095 | Unsecured | | $4,020.00 | $0.00 | 4,020.00 |
| 23 610 | Mid-State Industries<br>908 Bob King Drive<br>Arcola, IL 61910 | Unsecured | | $22,087.88 | $0.00 | 22,087.88 |
| 24 610 | Singer Steel<br>P.O. Box 2279<br>Streetsboro, OH 44241 | Unsecured | | $31,823.04 | $0.00 | 31,823.04 |
| 25 610 | Straightline Source<br>subsidiary of US Steel,Attn: Rhonda E. Davis,600 Grant St Rm 1344<br>Pittsburg, PA 15219-2800 | Unsecured | | $37,117.42 | $0.00 | 37,117.42 |
| 26 610 | Heidtman Steel<br>2401 Front Street<br>Toledo, OH 43605 | Unsecured | | $187,342.63 | $0.00 | 187,342.63 |
| 000001 610 | WYOMING STEEL SUPPLY INC<br>Euler Hermes ACI<br>800 Red Brook Blvd<br>Owings Mills, MD 21117 | Unsecured | | $41,252.73 | $0.00 | 41,252.73 |
| 000002 610 | WYOMING STEEL SUPPLY INC<br>Euler Hermes ACI<br>800 Red Brook Blvd<br>Owings Mills, MD 21117 | Unsecured | | $213,012.49 | $0.00 | 213,012.49 |
| 000003 610 | MACSTEEL SERVICE CENTERS USA, INC.<br>888 SAN CLEMENTE DRIVE, SUITE 250<br>Newport Beach, CA 92660 | Unsecured | | $93,142.71 | $0.00 | 93,142.71 |
| 000004 610 | ERVIN LEASING CO<br>P O Box 1689<br>Ann Arbor, MI 48106 | Unsecured | | $6,647.43 | $0.00 | 6,647.43 |
| 000005 610 | KERRY STEEL, INC.<br>31731 NORTHWEST HIGHWAY 157W<br>Farmington Hills, MI 48334 | Unsecured | | $145,188.00 | $0.00 | 145,188.00 |
| 000006 610 | HEIDTMAN STEEL PRODUCTS, INC.<br>c/o SHARON ZERMAN<br>2401 FRONT STREET<br>Toledo, OH 43605 | Unsecured | | $193,347.07 | $0.00 | 193,347.07 |
| 000007 610 | WYOMING STEEL SUPPLY INC<br>Euler Hermes ACI<br>800 Red Brook Blvd<br>Owings Mills, MD 21117 | Unsecured | | $333,777.28 | $0.00 | 333,777.28 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 24, 2010

**Case Number:** 09-04704  
**Debtor Name:** GREAT LAKES TUBULAR PRODUCTS, INC.

Page: 4

**Date:** December 2, 2016  
**Time:** 11:35:32 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 610 | PCC, LLC<br>Paul Kasperski<br>4858 US Route 35 East<br>West Alexandria, OH 45381 | Unsecured | (8-1) Money loaned and lease claims | $433,349.81 | $0.00 | 433,349.81 |
| 000009 610 | C H ROBINSON WORLDWIDE INC<br>14701 Charlson Rd<br>Eden Prairie, MN 55347 | Unsecured | | $6,350.00 | $0.00 | 6,350.00 |
| 000010 610 | HARRIS STEEL COMPANY<br>1223 55th Court<br>Cicero, IL 60804-1297 | Unsecured | | $6,913.84 | $0.00 | 6,913.84 |
| 000011 610 | BUCKEYE METALS<br>c/o Egon Singerman<br>3681 Green Road #410<br>Cleveland, OH 44122-5726 | Unsecured | | $11,110.40 | $0.00 | 11,110.40 |
| 000012 610 | UNITED PROPANE & ENERGY<br>3805 Clearview Court<br>Gurnee, IL 60031 | Unsecured | | $714.94 | $0.00 | 714.94 |
| 000013 610 | STEEL WAREHOUSE CO., INC.<br>2722 West Tucker Drive<br>South Bend, IN 46624 | Unsecured | | $21,603.87 | $0.00 | 21,603.87 |
| 000014 610 | OLD DOMINION FREIGHT LINE, INC.<br>500 OLD DOMINION WAY<br>Thomasville, NC 27360 | Unsecured | | $800.00 | $0.00 | 800.00 |
| 000015 610 | ALLSTATE SAWS & MACHINING<br>1137 Mitchell Road<br>Aurora, IL 60504 | Unsecured | | $1,275.00 | $0.00 | 1,275.00 |
| 000016 610 | PAT MOONEY INC.<br>502 S. Westgate Street<br>Addison, IL 60101-4525 | Unsecured | | $2,142.50 | $0.00 | 2,142.50 |
| 000017 610 | AMERICAN TRANSPORT, INC.<br>P.O. Box 640469<br>Pittsburgh, PA 15264-0469 | Unsecured | | $3,051.94 | $0.00 | 3,051.94 |
| 000018 610 | MACSTEEL SERV. CENTER USA<br>7400 N Shadeland Avenue<br>Indianapolis, IN 46250 | Unsecured | | $93,142.71 | $0.00 | 93,142.71 |
| 000019 610 | CENTENNIAL STEEL<br>14620 Arminta Street<br>Van Nuys, CA 91402 | Unsecured | | $12,432.35 | $0.00 | 12,432.35 |
| 000020 610 | ADVANCE STEEL<br>16250 Northland Drive<br>Suite 325<br>Southfield, MI 48075 | Unsecured | | $32,162.87 | $0.00 | 32,162.87 |
| 000021 610 | KILPATRICK & ASSOCIATES PC<br>903 N Opdyke Rd Ste C<br>Auburn Hills, MI 48326 | Unsecured | | $18,871.19 | $0.00 | 18,871.19 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 24, 2010

**Case Number:** 09-04704  
**Debtor Name:** GREAT LAKES TUBULAR PRODUCTS, INC.

Page: 5

**Date:** December 2, 2016  
**Time:** 11:35:32 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000022 610 | CHICAGO ROLL COMPANY<br>P.O. Box 95259<br>Palatine, IL 60095 | Unsecured | | $4,020.00 | $0.00 | 4,020.00 |
| 000023 610 | MID-STATE INDUSTRIES<br>908 Bob King Drive<br>Arcola, IL 61910 | Unsecured | | $22,087.88 | $0.00 | 22,087.88 |
| 000024 610 | SINGER STEEL<br>P.O. Box 2279<br>Streetsboro, OH 44241 | Unsecured | | $31,823.04 | $0.00 | 31,823.04 |
| 000025 610 | STRAIGHTLINE SOURCE<br>Attn: Rhonda E. Davis<br>600 Grant St Rm 1344<br>Pittsburg, PA 15219-2800 | Unsecured | | $37,117.42 | $0.00 | 37,117.42 |
| 000026 610 | HEIDTMAN STEEL<br>2401 Front Street<br>Toledo, OH 43605 | Unsecured | | $187,342.63 | $0.00 | 187,342.63 |
| 000027 610 | KERRY STEEL, INC.<br>31731 Northwestern Hwy, Suite 157W<br>Farmington, MI 48334 | Unsecured | | $140,231.82 | $0.00 | 140,231.82 |
| 000028 610 | CLEARY MACHINE COMPANY<br>4858 US Rte 35 E.<br>West Alexandria, OH 45381 | Unsecured | (28-1) Vehicle and Equipment Leases | $4,588.00 | $0.00 | 4,588.00 |
| 27 620 | Kerry Steel, Inc.<br>31731 Northwestern Hwy, Suite 157W<br>Farmington, MI 48334 | Unsecured | | $140,231.82 | $0.00 | 140,231.82 |
| 28 620 | Cleary Machine Company<br>4858 US Rte 35 E.<br>West Alexandria, OH 45381 | Unsecured | | $4,588.00 | $0.00 | 4,588.00 |
| **<< Totals >>** | | | | 4,228,505.98 | 10,043.88 | 4,218,462.10 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 09-04704
Case Name: GREAT LAKES TUBULAR PRODUCTS, INC.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:** $ 10,956.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,956.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 2,960.06 | 0.00 | 227.94 |
| Accountant for Trustee, Fees - RSM US LLP | 6,979.00 | 0.00 | 6,979.00 |
| Charges, U.S. Bankruptcy Court | 3,750.00 | 0.00 | 3,750.00 |
| Other Fees: L JUDSON TODHUNTER | 19,500.00 | 10,000.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURITIES, LTD. | 43.88 | 43.88 | 0.00 |
| Other Expenses: L JUDSON TODHUNTER | 273.20 | 0.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 10,956.94
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,050,180.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Doral Steel | 41,252.73 | 0.00 | 0.00 |
| 2 | Impact Steel | 213,012.49 | 0.00 | 0.00 |
| 3 | MACSTEEL SERVICE CENTERS USA, INC. | 93,142.71 | 0.00 | 0.00 |
| 4 | Ervin Leasing Co | 6,647.43 | 0.00 | 0.00 |
| 5 | KERRY STEEL, INC. | 145,188.00 | 0.00 | 0.00 |
| 6 | HEIDTMAN STEEL PRODUCTS, INC. | 193,347.07 | 0.00 | 0.00 |
| 7 | Wyoming Steel Supply Inc | 333,777.28 | 0.00 | 0.00 |
| 8 | PCC, LLC | 433,349.81 | 0.00 | 0.00 |
| 9 | C H Robinson Worldwide Inc | 6,350.00 | 0.00 | 0.00 |
| 10 | Harris Steel Company | 6,913.84 | 0.00 | 0.00 |
| 11 | Buckeye Metals | 11,110.40 | 0.00 | 0.00 |
| 12 | United Propane & Energy | 714.94 | 0.00 | 0.00 |
| 13 | Steel Warehouse Co., Inc. | 21,603.87 | 0.00 | 0.00 |
| 14 | Old Dominion Freight Line, Inc. | 800.00 | 0.00 | 0.00 |
| 15 | Allstate Saws & Machining | 1,275.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 16 | Pat Mooney Inc. | 2,142.50 | 0.00 | 0.00 |
| 17 | American Transport, Inc. | 3,051.94 | 0.00 | 0.00 |
| 18 | MacSteel Serv. Center USA | 93,142.71 | 0.00 | 0.00 |
| 19 | Centennial Steel | 12,432.35 | 0.00 | 0.00 |
| 20 | Advance Steel | 32,162.87 | 0.00 | 0.00 |
| 21 | Kilpatrick & Associates PC | 18,871.19 | 0.00 | 0.00 |
| 22 | Chicago Roll Company | 4,020.00 | 0.00 | 0.00 |
| 23 | Mid-State Industries | 22,087.88 | 0.00 | 0.00 |
| 24 | Singer Steel | 31,823.04 | 0.00 | 0.00 |
| 25 | Straightline Source | 37,117.42 | 0.00 | 0.00 |
| 26 | Heidtman Steel | 187,342.63 | 0.00 | 0.00 |
| 000001 | WYOMING STEEL SUPPLY INC | 41,252.73 | 0.00 | 0.00 |
| 000002 | WYOMING STEEL SUPPLY INC | 213,012.49 | 0.00 | 0.00 |
| 000003 | MACSTEEL SERVICE CENTERS USA, INC. | 93,142.71 | 0.00 | 0.00 |
| 000004 | ERVIN LEASING CO | 6,647.43 | 0.00 | 0.00 |
| 000005 | KERRY STEEL, INC. | 145,188.00 | 0.00 | 0.00 |
| 000006 | HEIDTMAN STEEL PRODUCTS, INC. | 193,347.07 | 0.00 | 0.00 |
| 000007 | WYOMING STEEL SUPPLY INC | 333,777.28 | 0.00 | 0.00 |
| 000008 | PCC, LLC | 433,349.81 | 0.00 | 0.00 |
| 000009 | C H ROBINSON WORLDWIDE INC | 6,350.00 | 0.00 | 0.00 |
| 000010 | HARRIS STEEL COMPANY | 6,913.84 | 0.00 | 0.00 |
| 000011 | BUCKEYE METALS | 11,110.40 | 0.00 | 0.00 |
| 000012 | UNITED PROPANE & ENERGY | 714.94 | 0.00 | 0.00 |
| 000013 | STEEL WAREHOUSE CO., INC. | 21,603.87 | 0.00 | 0.00 |
| 000014 | OLD DOMINION FREIGHT LINE, INC. | 800.00 | 0.00 | 0.00 |
| 000015 | ALLSTATE SAWS & MACHINING | 1,275.00 | 0.00 | 0.00 |
| 000016 | PAT MOONEY INC. | 2,142.50 | 0.00 | 0.00 |
| 000017 | AMERICAN TRANSPORT, INC. | 3,051.94 | 0.00 | 0.00 |
| 000018 | MACSTEEL SERV. CENTER USA | 93,142.71 | 0.00 | 0.00 |
| 000019 | CENTENNIAL STEEL | 12,432.35 | 0.00 | 0.00 |
| 000020 | ADVANCE STEEL | 32,162.87 | 0.00 | 0.00 |
| 000021 | KILPATRICK & ASSOCIATES PC | 18,871.19 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 000022 | CHICAGO ROLL COMPANY | 4,020.00 | 0.00 | 0.00 |
| 000023 | MID-STATE INDUSTRIES | 22,087.88 | 0.00 | 0.00 |
| 000024 | SINGER STEEL | 31,823.04 | 0.00 | 0.00 |
| 000025 | STRAIGHTLINE SOURCE | 37,117.42 | 0.00 | 0.00 |
| 000026 | HEIDTMAN STEEL | 187,342.63 | 0.00 | 0.00 |
| 000027 | KERRY STEEL, INC. | 140,231.82 | 0.00 | 0.00 |
| 000028 | CLEARY MACHINE COMPANY | 4,588.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $     0.00
Remaining balance: $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 144,819.82 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 27 | Kerry Steel, Inc. | 140,231.82 | 0.00 | 0.00 |
| 28 | Cleary Machine Company | 4,588.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $     0.00
Remaining balance: $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance: $     0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**