IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| GREAT LAKES TUBULAR PRODUCTS, INC., | ) | Case No. | 09-04704 |
| | ) | | |
| Debtor. | ) | Judge: | Donald R. Cassling |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION
(Appendix to Rule 607)

Name of Applicant: Patrick T. Shaw, CPA and RSM US, LLP

Authorized to Provide
Professional Service to: Thomas E. Springer, Chapter 7 Trustee

Date of Order Authorizing Employment: December 12, 2014

Period for Which
Compensation is Sought: October 17, 2016 through November 4, 2016

Amount of Fees Sought: $ 6,979.00

Amount of Expense
Reimbursement Sought: $ 0.00

This is a: First and Final Application for Compensation

If this is *not* the first application filed herein by this, disclose as to all prior fee applications: N/A

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $ N/A

DATE: November 30, 2016        Applicant: Patrick T. Shaw, CPA

                               BY: Springer Brown, LLC

                               By:    /s/ Michele M. Springer
                                      Michele M. Springer
                                      Attorney to the Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| GREAT LAKES TUBULAR PRODUCTS, INC., | ) | Case No. | 09-04704 |
| | ) | | |
| Debtor. | ) | Judge: | Donald R. Cassling |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
AND EXPENSES AS ACCOUNTANT TO THE CHAPTER 7 TRUSTEE**

NOW COMES Thomas E. Springer, Trustee (herein the "Trustee") by and through his counsel, Springer Brown, LLC, and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for Patrick T. Shaw and the firm of RSM US, LLP as Accountant to the Trustee, (hereinafter "Applicant") pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, states as follows:

### I.  JURISDICTION AND NARRATIVE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

2. This request for relief is predicated on §330 of the Bankruptcy Code.

3. On February 13, 2009, an Involuntary Chapter 7 was filed against the Debtor filed and on April 6, 2009, Thomas E. Springer was duly appointed as the Trustee and continues to serve in that capacity.

4. On December 12, 2014, an Order was entered authorizing the employment of Applicant, to serve as the Accountant for the Trustee.  Applicant has not received any compensation or reimbursement of expenses in this matter.

5. Applicant requests $6,979.00 in compensation for services performed in the preparation of the estates' Federal and Illinois tax returns for the years 2010, 2011, 2012, 2013 2014, and 2015.

6. Attached as *Exhibit A* is a detailed list of the services rendered.

7. Based on the nature and value of services performed by the Applicant, the results achieved and the costs of comparable services, the compensation sought is fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented or held an interest adverse to Estate with respect to matters in which Applicant was employed.

**WHEREFORE,** Applicant, Patrick T. Shaw and the firm of RSM US, LLP respectfully requests that he be awarded reasonable compensation in the amount of $6,979.00 for services rendered in this case as Accountant to the Trustee

DATE: November 30, 2016        Respectfully Submitted,

                               Applicant:  Patrick T. Shaw, CPA

                               BY: Springer Brown, LLC

                               By:    /s/ Michele M. Springer
                                       Michele M. Springer
                                       Attorney to the Trustee

Michele M. Springer
Thomas E. Springer
Springer Brown, LLC
Wheaton Office Center
300 S. County Farm Road, Suite I
Wheaton, IL  60187
(630) 510-0000