UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **GREAT LAKES TUBULAR PRODUCTS, INC.,** | ) | Bankruptcy No. 09-04704 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 27, 2016, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Clerk of the US Bankruptcy Court
219 S. Dearborn Street
Chicago, IL 60604

Howard & Howard Attorneys PLLC
200 S. MICHIGAN AVENUE
SUITE 1100
Chicago, IL 60604-2401

**VIA REGULAR MAIL**

Pat Shaw
RSM US LLP
1252 Bell Valley Road
Suite 300
Rockford, IL 61108

Doral Steel
Euler Hermes ACI
800 Red Brook Blvd
Owings Mills, MD 21117

Impact Steel
Euler Hermes ACI
800 Red Brook Blvd
Owings Mills, MD 21117

MACSTEEL SERVICE CENTERS
USA, INC.
888 SAN CLEMENTE DRIVE,
SUITE 250
NEWPORT BEACH, CA 92660

Ervin Leasing Co
P O Box 1689
Ann Arbor, MI 48106

KERRY STEEL, INC.
31731 NORTHWEST
HIGHWAY 157W
FARMINGTON HILLS, MI
48334

HEIDTMAN STEEL
PRODUCTS, INC.
c/o SHARON ZERMAN
2401 FRONT STREET
TOLEDO, OH 43605

Wyoming Steel Supply Inc
Euler Hermes ACI
800 Red Brook Blvd
Owings Mills, MD 21117

PCC, LLC
Paul Kasperski
4858 US Route 35 East
West Alexandria, OH 45381

C H Robinson Worldwide Inc
14701 Charlson Rd
Eden Prairie, MN 55347

Harris Steel Company
1223 55th Court
Cicero, IL 60804-1297

Buckeye Metals
c/o Egon Singerman
3681 Green Road #410
Cleveland, OH 44122-5726

United Propane & Energy
3805 Clearview Court
Gurnee, IL 60031

Steel Warehouse Co., Inc.
2722 West Tucker Drive
South Bend, IN 46624

Old Dominion Freight Line, Inc.
500 OLD DOMINION WAY
THOMASVILLE, NC 27360

Allstate Saws & Machining
1137 Mitchell Road
Aurora, IL 60504

Pat Mooney Inc.
502 S. Westgate Street
Addison, IL 60101-4525

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000

American Transport, Inc.
P.O. Box 640469
Pittsburgh, PA 15264-0469

MacSteel Serv. Center USA
7400 N Shadeland Avenue
Indianapolis, IN 46250

Centennial Steel
14620 Arminta Street
Van Nuys, CA 91402

Advance Steel
16250 Northland Drive
Suite 325
Southfield, MI 48075

Kilpatrick & Associates PC
903 N Opdyke Rd Ste C
Auburn Hills, MI 48326

Chicago Roll Company
P.O. Box 95259
Palatine, IL 60095

Mid-State Industries
908 Bob King Drive
Arcola, IL 61910

Singer Steel
P.O. Box 2279
Streetsboro, OH 44241

Straightline Source
subsidiary of US Steel,Attn: Rhonda E.
Davis,600 Grant St Rm 1344
Pittsburg, PA 15219-2800

Heidtman Steel
2401 Front Street
Toledo, OH 43605

Cleary Machine Company
4858 US Rte 35 E.
West Alexandria, OH 45381