**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  GREAT LAKES TUBULAR PRODUCTS, INC.    §    Case No. 09-04704
                                               §
                                               §
Debtor(s)                                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $314,346.58                    Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00           Claims Discharged
                                                 Without Payment: N/A

Total Expenses of Administration: $22,100.64

---

   3) Total gross receipts of $     22,100.64    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $22,100.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 34,605.96 | 34,605.96 | 22,100.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,194,999.84 | 4,194,999.84 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,229,605.80 | $4,229,605.80 | $22,100.64 |

4) This case was originally filed under Chapter 7 on February 13, 2009. The case was pending for 97 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2017          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference Adversary--Allstate Saws & Machining | 1241-000 | 1,000.00 |
| Preference Adversary--CH Robinson | 1241-000 | 2,000.00 |
| Preference Adversary--Constellation New Energy | 1241-000 | 2,900.00 |
| Preference Adversary--Doral Steel, Inc. | 1241-000 | 4,000.00 |
| Preference Adversary--Nicor Gas | 1241-000 | 600.00 |
| Preference Adversary--Rolewick & Gutzke, PC | 1241-000 | 1,500.00 |
| Preference Adversary--Steel Technologies | 1241-000 | 3,000.00 |
| Preference Adversary--Sun Steel | 1249-000 | 2,000.00 |
| Preference Adversary--Cleary Machine Company | 1241-000 | 2,000.00 |
| Preference Adversary--PCC, LLC | 1241-000 | 3,000.00 |
| IRS refund from request | 1224-000 | 100.00 |
| Interest Income | 1270-000 | 0.64 |
| **TOTAL GROSS RECEIPTS** | | **$22,100.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 2,960.06 | 2,960.06 | 227.94 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 3,750.00 | 3,750.00 | 3,750.00 |
| Other - RSM US LLP | 3410-000 | N/A | 6,979.00 | 6,979.00 | 6,979.00 |
| Other - L JUDSON TODHUNTER | 3210-600 | N/A | 19,500.00 | 19,500.00 | 10,000.00 |
| Other - L JUDSON TODHUNTER | 3220-610 | N/A | 273.20 | 273.20 | 0.00 |
| Other - INTERNATIONAL SURITIES, LTD. | 2300-000 | N/A | 43.88 | 43.88 | 43.88 |
| Other - BANK OF AMERICA | 2600-000 | N/A | 3.22 | 3.22 | 3.22 |
| Other - BANK OF AMERICA | 2600-000 | N/A | 6.24 | 6.24 | 6.24 |
| Other - BANK OF AMERICA | 2600-000 | N/A | 9.73 | 9.73 | 9.73 |
| Other - BANK OF AMERICA | 2600-000 | N/A | 10.34 | 10.34 | 10.34 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.83 | 7.83 | 7.83 |
| Other - BANK OF AMERICA | 2600-000 | N/A | 9.35 | 9.35 | 9.35 |
| Other - BANK OF AMERICA | 2600-000 | N/A | 9.66 | 9.66 | 9.66 |
| Other - BANK OF AMERICA | 2600-000 | N/A | 9.97 | 9.97 | 9.97 |
| Other - BANK OF AMERICA | 2600-000 | N/A | 9.95 | 9.95 | 9.95 |
| Other - BANK OF AMERICA | 2600-000 | N/A | 9.30 | 9.30 | 9.30 |
| Other - BANK OF AMERICA | 2600-000 | N/A | 10.25 | 10.25 | 10.25 |
| Other - BANK OF AMERICA | 2600-000 | N/A | 9.60 | 9.60 | 9.60 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 4.32 | 4.32 | 4.32 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 4.96 | 4.96 | 4.96 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 4.80 | 4.80 | 4.80 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 4.96 | 4.96 | 4.96 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 11.56 | 11.56 | 11.56 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.43 | 10.43 | 10.43 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 11.52 | 11.52 | 11.52 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 11.13 | 11.13 | 11.13 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 11.48 | 11.48 | 11.48 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 11.10 | 11.10 | 11.10 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 20.38 | 20.38 | 20.38 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 29.21 | 29.21 | 29.21 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 28.42 | 28.42 | 28.42 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 29.32 | 29.32 | 29.32 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 29.20 | 29.20 | 29.20 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 32.21 | 32.21 | 32.21 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 32.16 | 32.16 | 32.16 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 28.99 | 28.99 | 28.99 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 32.03 | 32.03 | 32.03 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 30.95 | 30.95 | 30.95 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 31.93 | 31.93 | 31.93 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 30.86 | 30.86 | 30.86 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 31.84 | 31.84 | 31.84 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 31.79 | 31.79 | 31.79 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 30.72 | 30.72 | 30.72 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 31.70 | 31.70 | 31.70 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 29.19 | 29.19 | 29.19 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 16.74 | 16.74 | 16.74 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 16.72 | 16.72 | 16.72 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 15.08 | 15.08 | 15.08 |
| Other - United States Treasury | 2990-000 | N/A | 100.00 | 100.00 | 100.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.16 | 17.16 | 17.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.06 | 16.06 | 16.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.50 | 15.50 | 15.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.62 | 17.62 | 17.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.42 | 15.42 | 15.42 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 5.71 | 5.71 | 5.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.39 | 15.39 | 15.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.49 | 17.49 | 17.49 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.34 | 15.34 | 15.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.32 | 15.32 | 15.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.41 | 17.41 | 17.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.28 | 15.28 | 15.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.36 | 17.36 | 17.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.75 | 15.75 | 15.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.21 | 15.21 | 15.21 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 16.66 | 16.66 | 16.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $34,605.96 | $34,605.96 | $22,100.64 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Doral Steel | 7100-000 | N/A | 41,252.73 | 41,252.73 | 0.00 |
| 2 | Impact Steel | 7100-000 | N/A | 213,012.49 | 213,012.49 | 0.00 |
| 3 | MACSTEEL SERVICE CENTERS USA, INC. | 7100-000 | N/A | 93,142.71 | 93,142.71 | 0.00 |
| 4 | Ervin Leasing Co | 7100-000 | N/A | 6,647.43 | 6,647.43 | 0.00 |
| 5 | KERRY STEEL, INC. | 7100-000 | N/A | 145,188.00 | 145,188.00 | 0.00 |
| 6 | HEIDTMAN STEEL PRODUCTS, INC. | 7100-000 | N/A | 193,347.07 | 193,347.07 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | | Amount | Paid | Balance |
|---|---|---|---|---|---|---|
| 7 | Wyoming Steel Supply Inc | 7100-000 | N/A | 333,777.28 | 333,777.28 | 0.00 |
| 8 | PCC, LLC | 7100-000 | N/A | 433,349.81 | 433,349.81 | 0.00 |
| 9 | C H Robinson Worldwide Inc | 7100-000 | N/A | 6,350.00 | 6,350.00 | 0.00 |
| 10 | Harris Steel Company | 7100-000 | N/A | 6,913.84 | 6,913.84 | 0.00 |
| 11 | Buckeye Metals | 7100-000 | N/A | 11,110.40 | 11,110.40 | 0.00 |
| 12 | United Propane & Energy | 7100-000 | N/A | 714.94 | 714.94 | 0.00 |
| 13 | Steel Warehouse Co., Inc. | 7100-000 | N/A | 21,603.87 | 21,603.87 | 0.00 |
| 14 | Old Dominion Freight Line, Inc. | 7100-000 | N/A | 800.00 | 800.00 | 0.00 |
| 15 | Allstate Saws & Machining | 7100-000 | N/A | 1,275.00 | 1,275.00 | 0.00 |
| 16 | Pat Mooney Inc. | 7100-000 | N/A | 2,142.50 | 2,142.50 | 0.00 |
| 17 | American Transport, Inc. | 7100-000 | N/A | 3,051.94 | 3,051.94 | 0.00 |
| 18 | MacSteel Serv. Center USA | 7100-000 | N/A | 93,142.71 | 93,142.71 | 0.00 |
| 19 | Centennial Steel | 7100-000 | N/A | 12,432.35 | 12,432.35 | 0.00 |
| 20 | Advance Steel | 7100-000 | N/A | 32,162.87 | 32,162.87 | 0.00 |
| 21 | Kilpatrick & Associates PC | 7100-000 | N/A | 18,871.19 | 18,871.19 | 0.00 |
| 22 | Chicago Roll Company | 7100-000 | N/A | 4,020.00 | 4,020.00 | 0.00 |
| 23 | Mid-State Industries | 7100-000 | N/A | 22,087.88 | 22,087.88 | 0.00 |
| 24 | Singer Steel | 7100-000 | N/A | 31,823.04 | 31,823.04 | 0.00 |
| 25 | Straightline Source | 7100-000 | N/A | 37,117.42 | 37,117.42 | 0.00 |
| 26 | Heidtman Steel | 7100-000 | N/A | 187,342.63 | 187,342.63 | 0.00 |
| 27 | Kerry Steel, Inc. | 7200-000 | N/A | 140,231.82 | 140,231.82 | 0.00 |
| 28 | Cleary Machine Company | 7200-000 | N/A | 4,588.00 | 4,588.00 | 0.00 |
| 000001 | WYOMING STEEL SUPPLY INC | 7100-000 | N/A | 41,252.73 | 41,252.73 | 0.00 |
| 000002 | WYOMING STEEL SUPPLY INC | 7100-000 | N/A | 213,012.49 | 213,012.49 | 0.00 |
| 000003 | MACSTEEL SERVICE CENTERS USA, INC. | 7100-000 | N/A | 93,142.71 | 93,142.71 | 0.00 |
| 000004 | ERVIN LEASING CO | 7100-000 | N/A | 6,647.43 | 6,647.43 | 0.00 |
| 000005 | KERRY STEEL, INC. | 7100-000 | N/A | 145,188.00 | 145,188.00 | 0.00 |
| 000006 | HEIDTMAN STEEL PRODUCTS, INC. | 7100-000 | N/A | 193,347.07 | 193,347.07 | 0.00 |
| 000007 | WYOMING STEEL SUPPLY INC | 7100-000 | N/A | 333,777.28 | 333,777.28 | 0.00 |
| 000008 | PCC, LLC | 7100-000 | N/A | 433,349.81 | 433,349.81 | 0.00 |
| 000009 | C H ROBINSON WORLDWIDE INC | 7100-000 | N/A | 6,350.00 | 6,350.00 | 0.00 |
| 000010 | HARRIS STEEL COMPANY | 7100-000 | N/A | 6,913.84 | 6,913.84 | 0.00 |
| 000011 | BUCKEYE METALS | 7100-000 | N/A | 11,110.40 | 11,110.40 | 0.00 |
| 000012 | UNITED PROPANE & ENERGY | 7100-000 | N/A | 714.94 | 714.94 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 000013 | STEEL WAREHOUSE CO., INC. | 7100-000 | N/A | 21,603.87 | 21,603.87 | 0.00 |
| 000014 | OLD DOMINION FREIGHT LINE, INC. | 7100-000 | N/A | 800.00 | 800.00 | 0.00 |
| 000015 | ALLSTATE SAWS & MACHINING | 7100-000 | N/A | 1,275.00 | 1,275.00 | 0.00 |
| 000016 | PAT MOONEY INC. | 7100-000 | N/A | 2,142.50 | 2,142.50 | 0.00 |
| 000017 | AMERICAN TRANSPORT, INC. | 7100-000 | N/A | 3,051.94 | 3,051.94 | 0.00 |
| 000018 | MACSTEEL SERV. CENTER USA | 7100-000 | N/A | 93,142.71 | 93,142.71 | 0.00 |
| 000019 | CENTENNIAL STEEL | 7100-000 | N/A | 12,432.35 | 12,432.35 | 0.00 |
| 000020 | ADVANCE STEEL | 7100-000 | N/A | 32,162.87 | 32,162.87 | 0.00 |
| 000021 | KILPATRICK & ASSOCIATES PC | 7100-000 | N/A | 18,871.19 | 18,871.19 | 0.00 |
| 000022 | CHICAGO ROLL COMPANY | 7100-000 | N/A | 4,020.00 | 4,020.00 | 0.00 |
| 000023 | MID-STATE INDUSTRIES | 7100-000 | N/A | 22,087.88 | 22,087.88 | 0.00 |
| 000024 | SINGER STEEL | 7100-000 | N/A | 31,823.04 | 31,823.04 | 0.00 |
| 000025 | STRAIGHTLINE SOURCE | 7100-000 | N/A | 37,117.42 | 37,117.42 | 0.00 |
| 000026 | HEIDTMAN STEEL | 7100-000 | N/A | 187,342.63 | 187,342.63 | 0.00 |
| 000027 | KERRY STEEL, INC. | 7100-000 | N/A | 140,231.82 | 140,231.82 | 0.00 |
| 000028 | CLEARY MACHINE COMPANY | 7100-000 | N/A | 4,588.00 | 4,588.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $4,194,999.84 | $4,194,999.84 | $0.00 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-04704
**Case Name:** GREAT LAKES TUBULAR PRODUCTS, INC.

**Period Ending:** 03/10/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 02/13/09 (f)
**§341(a) Meeting Date:** 08/03/09
**Claims Bar Date:** 02/24/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Preference Adversary--Allstate Saws & Machining  (u)<br>  Order approving compromise entered 10/27/11 for $1,000.00 | 7,616.80 | 7,616.80 | | 1,000.00 | FA |
| 2 | Preference Adversary--Blue Cross Blue Shield  (u)<br>  Adversary dismissed 3/22/12 | 16,600.00 | 16,600.00 | | 0.00 | FA |
| 3 | Preference Adversary--CH Robinson  (u)<br>  Order approving compromise entered 10/27/11 for $2,000.00 | 8,840.00 | 8,840.00 | | 2,000.00 | FA |
| 4 | Preference Adversary--Constellation New Energy  (u) | 13,515.56 | 2,900.00 | | 2,900.00 | FA |
| 5 | Preference Adversary--Doral Steel, Inc.  (u)<br>  Order approving compromise entered 5/31/12 for $4,000.00 | 167,000.00 | 167,000.00 | | 4,000.00 | FA |
| 6 | Preference Adversary--Federated Insurance  (u)<br>  Adversary dismissed 3/7/12 | 11,396.62 | 11,396.62 | | 0.00 | FA |
| 7 | Preference Adversary--Great Western Steel  (u)<br>  Adversary dismissed 5/29/12 | 11,952.56 | 11,952.56 | | 0.00 | FA |
| 8 | Preference Adversary--Nicor Gas  (u)<br>  Order approving compromise entered 5/31/12 for $600.00. | 5,789.92 | 5,789.92 | | 600.00 | FA |
| 9 | Preference Adversary--Rolewick & Gutzke, PC  (u)<br>  Order approving compromise entered 10/27/11 for $1,500.00 | 11,389.00 | 1,500.00 | | 1,500.00 | FA |
| 10 | Preference Adversary--Steel Technologies  (u)<br>  Order approving compromise entered 10/27/11 for $3,000.00 | 17,052.20 | 3,000.00 | | 3,000.00 | FA |
| 11 | Preference Adversary--Sulzer Metco, Inc.  (u)<br>  Adversary dismissed 5/29/12 | 14,675.90 | 14,675.90 | | 0.00 | FA |
| 12 | Preference Adversary--Sun Steel  (u)<br>  Adversary dismissed 10/11/12 | 24,440.00 | 24,440.00 | | 2,000.00 | FA |
| 13 | Preference Adversary--Wyoming Steel  (u)<br>  Adversary dismissed 5/29/12 | 232,255.52 | 232,255.52 | | 0.00 | FA |
| 14 | Preference Adversary--Old Second National Bank  (u)<br>  Adversary dismissed 3/27/12 | 27,465.98 | 27,465.98 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-04704  
**Case Name:** GREAT LAKES TUBULAR PRODUCTS, INC.

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 02/13/09 (f)  
**§341(a) Meeting Date:** 08/03/09

**Period Ending:** 03/10/17

**Claims Bar Date:** 02/24/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Preference Adversary--Cleary Machine Company  (u) | 31,014.00 | 2,000.00 | | 2,000.00 | FA |
| 16 | Preference Adversary--PCC, LLC  (u) | 249,586.03 | 3,000.00 | | 3,000.00 | FA |
| 17 | Post-Petition Interest Deposits  (u) | Unknown | Unknown | | 0.00 | FA |
| 18 | IRS refund from request  (u) for old debtor's tax returns.  Expense acxtually sent in by Trustee's accountant but IRS refunded to Trustee | 100.00 | 100.00 | | 100.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.64 | FA |
| 19 | **Assets    Totals** (Excluding unknown values) | **$850,690.09** | **$540,533.30** | | **$22,100.64** | **$0.00** |

**Major Activities Affecting Case Closing:**

Involuntary Chapter 7.  Estate tax returns were filed November 10, 2016 prompt determination letter sent.  After 60 days, or upon receipt of the prompt determination letter, Trustee will file Final Report.

**Initial Projected Date Of Final Report (TFR):**     May 15, 2012         **Current Projected Date Of Final Report (TFR):**     December 2, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-04704  
**Case Name:** GREAT LAKES TUBULAR PRODUCTS, INC.  
**Taxpayer ID #:** **-***8491  
**Period Ending:** 03/10/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** BANK OF AMERICA  
**Account:** ********24 - MONEY MARKET  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/11 | {4} | CONSTELLATION ENERGY GROUP, INC. | Settlement of preference adversary via Order approving compromise entered 8/29/11 | 1241-000 | 2,900.00 | | 2,900.00 |
| 10/31/11 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,900.02 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.22 | 2,896.80 |
| 11/15/11 | {15} | CLEARY MACHINE COMPANY, INC. | Settlement of adversary pursuant to Order approving entered 8/19/09 | 1241-000 | 2,000.00 | | 4,896.80 |
| 11/15/11 | {16} | PCC, LLC | Settlement of adversary | 1241-000 | 3,000.00 | | 7,896.80 |
| 11/30/11 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 7,896.84 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.24 | 7,890.60 |
| 12/30/11 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,890.66 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.73 | 7,880.93 |
| 01/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,881.00 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.34 | 7,870.66 |
| 02/15/12 | 100 | INTERNATIONAL SURETIES, LTD. | Blanket Bond ; Bond #016026455 | 2300-000 | | 7.83 | 7,862.83 |
| 02/29/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,862.89 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.35 | 7,853.54 |
| 03/30/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,853.60 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.66 | 7,843.94 |
| 04/30/12 | Int | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 7,844.01 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.97 | 7,834.04 |
| 05/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,834.11 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.95 | 7,824.16 |
| 06/29/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,824.22 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.30 | 7,814.92 |
| 07/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,814.99 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.25 | 7,804.74 |
| 08/31/12 | Int | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,804.80 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,795.20 | 9.60 |
| 08/31/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 9.60 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,900.64 | 7,900.64 | $0.00 |
| Less: Bank Transfers | | 0.00 | 7,795.20 | |
| **Subtotal** | | **7,900.64** | **105.44** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$7,900.64** | **$105.44** | |

{} Asset reference(s)

Printed: 03/10/2017 11:29 AM   V.13.30

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 09-04704  
**Case Name:** GREAT LAKES TUBULAR PRODUCTS, INC.  

**Taxpayer ID #:** **-***8491  
**Period Ending:** 03/10/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********96 - CHECKING ACCOUNT  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 7,795.20 | | 7,795.20 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.32 | 7,790.88 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.96 | 7,785.92 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.80 | 7,781.12 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.96 | 7,776.16 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.56 | 7,764.60 |
| 02/26/13 | 100000 | INTERNATIONAL SURITIES, LTD. | | 2300-000 | | 8.29 | 7,756.31 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.43 | 7,745.88 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.52 | 7,734.36 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.13 | 7,723.23 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.48 | 7,711.75 |
| 07/01/13 | {9} | ROLEWICK & GUTZKE, P.C. | Settlement of adversary via Order approving compromise entered 8/29/11 | 1241-000 | 1,500.00 | | 9,211.75 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.10 | 9,200.65 |
| 07/16/13 | {3} | C.H. ROBINSON INTERNATIONAL INC. | Settlement of Adversary | 1241-000 | 2,000.00 | | 11,200.65 |
| 07/16/13 | {5} | CAM SMITH | Settlement of Adversary | 1241-000 | 4,000.00 | | 15,200.65 |
| 07/19/13 | {10} | STEEL TECHNOLOGIES LLC | Settlement of Adversary | 1241-000 | 3,000.00 | | 18,200.65 |
| 07/24/13 | {8} | NICOR GAS | Settlement of Adversary | 1241-000 | 600.00 | | 18,800.65 |
| 08/05/13 | {1} | ALLSTATE SAWS & MACHINING LLC | Settlement of adversary via Order approving compromise entered 8/29/11 | 1241-000 | 1,000.00 | | 19,800.65 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.38 | 19,780.27 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.21 | 19,751.06 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.42 | 19,722.64 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.32 | 19,693.32 |
| 11/22/13 | {12} | ESMARK STEEL GROUP-MIDWEST | Settlement Payment | 1249-000 | 2,000.00 | | 21,693.32 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.20 | 21,664.12 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.21 | 21,631.91 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.16 | 21,599.75 |
| 02/11/14 | 100001 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 | | 28.87 | 21,570.88 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.99 | 21,541.89 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.03 | 21,509.86 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.95 | 21,478.91 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.93 | 21,446.98 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.86 | 21,416.12 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.84 | 21,384.28 |
| | | | Subtotals : | | $21,895.20 | $510.92 | |

{} Asset reference(s)

Printed: 03/10/2017 11:29 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-04704 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | GREAT LAKES TUBULAR PRODUCTS, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account: | ********96 - CHECKING ACCOUNT |
| Taxpayer ID #: | **-***8491 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/10/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.79 | 21,352.49 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.72 | 21,321.77 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.70 | 21,290.07 |
| 11/25/14 | 100002 | L JUDSON TODHUNTER | Partial payment for attorneys fees Order aproving attorneys'fees in total amount $19,500 (fees) and $273.20 (expense | 3210-600 | | 10,000.00 | 11,290.07 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.19 | 11,260.88 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.74 | 11,244.14 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.72 | 11,227.42 |
| 02/27/15 | 100003 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 6.72 | 11,220.70 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.08 | 11,205.62 |
| 04/06/15 | {18} | UNITED STATES TREASURY | Refund | 1224-000 | 100.00 | | 11,305.62 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 16.66 | 11,288.96 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 11,288.96 | 0.00 |
| | | | ACCOUNT TOTALS | | 21,995.20 | 21,995.20 | $0.00 |
| | | | Less: Bank Transfers | | 7,795.20 | 11,288.96 | |
| | | | Subtotal | | 14,200.00 | 10,706.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $14,200.00 | $10,706.24 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-04704  
**Case Name:** GREAT LAKES TUBULAR PRODUCTS, INC.  
**Taxpayer ID #:** **-***8491  
**Period Ending:** 03/10/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****901666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 11,288.96 | | 11,288.96 |
| 04/14/15 | 10101 | United States Treasury | fee for copies of old tax returns | 2990-000 | | 100.00 | 11,188.96 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.16 | 11,171.80 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.06 | 11,155.74 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.50 | 11,140.24 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.62 | 11,122.62 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.42 | 11,107.20 |
| 02/26/16 | 10102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #09-04704, Bond Premium | 2300-000 | | 5.71 | 11,101.49 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.39 | 11,086.10 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.49 | 11,068.61 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.34 | 11,053.27 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 11,037.95 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.41 | 11,020.54 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.28 | 11,005.26 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.36 | 10,987.90 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.75 | 10,972.15 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.21 | 10,956.94 |
| 01/31/17 | 10103 | RSM US LLP | Dividend paid 100.00% on $6,979.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 6,979.00 | 3,977.94 |
| 01/31/17 | 10104 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $3,750.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 3,750.00 | 227.94 |
| 01/31/17 | 10105 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 7.70% on $2,960.06, Trustee Compensation; Reference: | 2100-000 | | 227.94 | 0.00 |
| | | | ACCOUNT TOTALS | | 11,288.96 | 11,288.96 | $0.00 |
| | | | Less: Bank Transfers | | 11,288.96 | 0.00 | |
| | | | Subtotal | | 0.00 | 11,288.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $11,288.96 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 09-04704 | | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| **Case Name:** | GREAT LAKES TUBULAR PRODUCTS, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****901666 - Checking Account |
| **Taxpayer ID #:** | **-***8491 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 03/10/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ********24 | 7,900.64 | 105.44 | 0.00 |
| Checking # ********96 | 14,200.00 | 10,706.24 | 0.00 |
| Checking # ****901666 | 0.00 | 11,288.96 | 0.00 |
| | $22,100.64 | $22,100.64 | $0.00 |